# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUSTINO ALARCON, | No. CV 09-9208-DDP (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN F. SALAZAR, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 20, 2011

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE